UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:12-0179 |
| v. ) | Magistrate Judge Brown |
| ) | |
| DUSTIN B. BOGART, et al., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The motion to continue the case management conference (Docket Entry 3) is **GRANTED**. The case management conference is reset for **May 30, 2012, at 11:00 a.m., Courtroom 783**.

The Magistrate Judge fails to see what the problem is in serving Defendants who show local Tennessee addresses with the complaint in this case and, at the same time, serving a Pennsylvanian complaint.

The **Clerk** will send a copy of the docket sheet and this Order to the named Defendants at the addresses listed in the complaint for informational purposes only. This mailing does not constitute a service of process.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge