# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) Case No. 3:12-cv-0179 |
| Plaintiff, | ) |
| | ) Judge Sharp |
| v. | ) Magistrate Judge Brown |
| | ) |
| Dustin B. Bogart, et al., | ) |
| | ) |
| Defendants. | ) |

## DENIAL OF ENTRY OF DEFAULT AS MOOT

Pending are Plaintiff's Requests for Entry of Default against Defendants Dustin Bogart, Marcy Bogart and Southern Country Ranch (Docket Entries 14, 15 & 16). Defendants Dustin and Marcy Bogart have filed a "Motion to Dismiss" the requests for entry of default against them (Docket Entry No. 19). Plaintiff has filed a Response to the Defendants' motion seeking dismissal of the requests for entry of default (Docket Entry No. 36). Plaintiff's Response states "the United States will be withdrawing its requests for entry of default."

Accordingly, the requests for entry of default are denied as moot. This determination also renders moot Defendants' motion to dismiss the requests for entry of default. The docket clerk is directed to terminate as pending docket entries 14, 15, 16 and 19.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court