UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | 3:12-0179 |
| v. | ) | Judge Sharp/Brown |
| | ) | |
| DUSTIN B. BOGART, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket No. 53), recommending that Defendants' Motion to Dismiss (Docket No. 35) and Motion for Consolidation (Docket No. 48) be denied. Even though Defendants were specifically informed in the R & R that any objections were to be filed within fourteen days of receipt, no objections have been filed. Having considered the matters presented by the motions and the arguments raised by Defendants, the Court agrees with the Magistrate Judge's conclusion that neither dismissal, nor consolidation is appropriate on this record.

Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 53) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket No. 35) is hereby DENIED; and

(3) Defendants' Motion for Consolidation (Docket No. 48) is hereby DENIED.

This case is hereby returned to Magistrate Judge Brown for further pretrial case management.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE