UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-0179 |
| | ) | JUDGE SHARP |
| DUSTIN B. BOGART, et al., | ) | |
| | ) | |

## ORDER

In the Initial Case Management Order entered on October 4, 2012, (Docket Entry No. 55) the date set for the trial of November 29, 2013 is incorrect.

This case is hereby scheduled for a non-jury trial on Tuesday, November 26, 2013, beginning at 9:00 a.m. The Final Pretrial Conference remains set for October 28, 2013 at 1:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE