```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff               )
                                )       No. 3:12-0179
v.                              )       Judge Sharp/Brown
                                )
DUSTIN B. BOGART, et al.,       )
                                )
        Defendants              )

## O R D E R

Presently pending is a Motion for 60 to 90 Days Continuance to Seek in the Interest of Justice and Other Reasons.

It is unclear as to what specifically the Defendants are asking additional time for. The last sentence of their motion asks for a continuance of 30 days, even though the caption states that they are requesting a 60 to 90 day continuance.

The Bogart Defendants have filed an answer to the complaint (Docket Entry 85). This case is subject to a scheduling order (Docket Entry 55), which provides that discovery is due to be completed by April 30, 2013, and dispositive motions are due to be filed by May 31, 2013. If this is the deadline Mr. and Mrs. Bogart wish to have extended, it would have been helpful had their motion stated that. The matter is set for trial on November 26, 2013 (Docket Entry 68).

The Magistrate Judge is not unmindful of the difficulties faced by the Bogart Defendants, particularly with the family difficulties they cite. The Magistrate Judge will extend the

discovery deadline and the dispositive motion deadlines set in Paragraphs 7 and 8 of Docket Entry 55 by **30 days** as apparently the Defendants' request in the last paragraph of their motion.

If additional time is needed, in accordance with Paragraph 7(b) of the scheduling order (Docket Entry 55, the parties should schedule and conduct a telephone conference with the Magistrate Judge, as changes in the scheduling order are considered discovery-related.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2

Case 3:12-cv-00179   Document 86   Filed 01/31/13   Page 2 of 2 PageID #: 335