UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-0179 |
| ) | Judge Sharp |
| DUSTIN B. BOGART, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are multiple filings by Defendants Dustin and Marcy Bogart and Jerry Speer, who purports to represent Southern Country Ranch *pro se* as Trustee.

To the extent the Bogart defendants' Motion to Dismiss (Docket No. 66) (along with a "statement in support" (Docket No. 73)) asks the Court to reconsider its earlier Order (Docket No. 61) adopting the Magistrate Judge's Report and Recommendation, it is hereby DENIED.

To the extent the "Notice of Status and Statement in Opposition to Order and Motion to Show Cause and Motion to Void and Annul All Orders" (Docket No. 78) filed by Speer states objections under Fed. R. Civ. P. 72(a) to the Magistrate Judge's Order of November 29, 2012 (Docket No. 70), those objections are hereby DENIED. To the extent it states objections to the Magistrate Judge's earlier orders, those objections are hereby DENIED as untimely. Nothing in this Order disturbs the Magistrate Judge's ruling that Speer is not permitted to represent a trust *pro se* in this court.

This case is returned to the Magistrate Judge for further case management.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE