IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) Case No. 3:12-cv-0179 |
| Plaintiff, | ) |
| | ) Judge Sharp |
| v. | ) Magistrate Judge Brown |
| | ) |
| Dustin B. Bogart, et al., | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF DEFAULT AGAINST SOUTHERN COUNTRY RANCH

Plaintiff has filed a Motion for Entry of Default (Docket Entry No. 90) and a Motion for Default Judgment (Docket Entry No. 92) against Defendant Southern Country Ranch. As stated by the Clerk in his Notice by Clerk (Docket Entry No. 94), Jerry Speer, Trustee for Southern Country Ranch, has filed a Response in Opposition (Docket Entry No. 93) that purports to respond on behalf of Southern Country Ranch. However, as was determined by the Magistrate Judge and approved by the District Judge (Docket Entries 70, 77 & 87), Mr. Speer may not represent or file documents on behalf of Southern Country Ranch in this legal proceeding. In his Notice the Clerk advised Southern Country Ranch that it must be represented by counsel or it would be at risk of being found in default. Despite multiple admonitions by the Court and ample time to do so, Defendant Southern Country Ranch has refused to engage counsel and enter an appearance in this matter.

Accordingly, upon motion by Plaintiff, **the Clerk hereby enters default against Defendant Southern Country Ranch pursuant to Federal Rule of Civil Procedure 55(a).** The docket clerk is instructed to terminate as pending Plaintiff's Motion for Entry of Default (Docket Entry No. 90). Plaintiff's Motion for Default Judgment (Docket Entry No. 92) is made pursuant to Federal Rule of Civil Procedure 55(b)(2) and may not be decided by the Clerk. That motion will remain pending for a determination by the Court.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court