UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-179 |
| | ) | |
| DUSTIN B. BOGART, | ) | Judge Sharp |
| MARCY A. BOGART, and | ) | |
| SOUTHERN COUNTRY RANCH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By previous Order (Docket No. 176), the Court directed Plaintiff to submit the revised amount of unpaid federal income taxes, penalties, and interest that Defendant Dustin Bogart owes Plaintiff as of July 24, 2014, along with documentation supporting the revision. Plaintiff has done so. (Docket No. 181).

The Court hereby AWARDS Plaintiff $304,584.22, which consists of the total amount of unpaid federal income taxes, interest, and penalties owed by Dustin B. Bogart for tax years 2000, 2001, 2002, and 2003.

The Clerk of the Court shall prepare and enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1